UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORMAN HOEWISCHER, etc.,

    Plaintiff,

        v.                        Case No.3:11-cv-342-J-12TEM

DEERWOOD VILLAGE MALL, LLC,

    Defendant.

---

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 79) of the United States Magistrate Judge, filed March 9, 2012, recommending that Defendant Deerwood Village Mall, LLC's Second Motion for Involuntary Dismissal (Doc. 64) be denied. As of the date of this Order, no party has filed an objection to the proposed findings and recommendations. Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

1.    That the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc. 79); and

2.    That Defendant Deerwood Village Mall, LLC's Second Motion for Involuntary Dismissal (Doc. 64) is denied.

**DONE AND ORDERED** this ___28th___ day of March 2012.

SENIOR UNITED STATES DISTRICT JUDGE

c:    Hon. Thomas E. Morris, United States Magistrate Judge
      Counsel of Record