UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

NORMAN HOEWISCHER, individually,

    Plaintiff,                                      CASE NO. 3:11-cv-00342-HWM-TEM

v.

DEERWOOD VILLAGE MALL, LLC,
a Florida limited liability company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, NORMAN HOEWISCHER, by and through the undersigned counsel, hereby gives the Court notice that the parties have reached a settlement in this matter. The parties are finalizing the settlement documents.

Dated: August 7, 2012.

                Respectfully submitted,
                /s/ Barbra R. Joyner, Esq.
                Barbra R. Joyner, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

                Barbra R. Joyner, Esq.
                Law Office of Barbra R. Joyner, P.A.
                1470 E. Michigan St.
                Orlando, FL  32806
                Email:  bjoyneresq@aol.com
                Phone: (407) 481-7997
                Fax: (407) 481-7986
                Florida Bar. Id. No. 141348

                By: /s/ Barbra R. Joyner, Esq.
                    Barbra R. Joyner, Esq.