UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NORMAN HOEWISCHER, etc.,

    Plaintiff,

v.                                Case No.3:11-cv-342-J-12TEM

DEERWOOD VILLAGE MALL, LLC,

    Defendant.

---

## ORDER

This cause is before the Court on Plaintiff's Notice of Settlement (Doc. 94), filed August 8, 2012, advising the Court that the parties have reached a settlement in this case. Upon review of the matter, it is

**ORDERED** that this cause is hereby **DISMISSED** subject to the right of any party to move within thirty (30) days of the date of entry of this Order, to reopen the action, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to close the case and to terminate any pending motions, hearings, and deadlines.

**DONE AND ORDERED** this 17TH day of October 2012.

                                                                   *Howell W. Melton*
                                                       Senior United States District Judge

c:      Counsel of Record